IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EVERETT SMITH, | * |
| Petitioner, | * |
| v. | Case No. 5:24-CV-48-CAR-CHW |
| | * |
| Warden GREGORY SAMPSON, | |
| | * |
| Respondent. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 7/15/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of July, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk